# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEN JOHANSEN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AMERIQUOTE, INC.<br><br>    Defendants. | Civil Action File No.<br>1:16-cv-04108-MLB |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Ken Johansen and Defendants Mutual of Omaha Insurance Company ("Mutual") and AmeriQuote, Inc. ("AmeriQuote"), and hereby notify the Court that the Parties have reached a settlement in this matter. The Parties are finalizing the Settlement Agreement and intend to promptly file a Stipulation of Dismissal of this Action with Prejudice.

Respectfully submitted this 16th day of October, 2018.

| | |
|---|---|
| /s/Anthony I. Paronich | /s/Keshia W. Lipscomb |
| Alexander H. Burke (*pro hac vice*) | Petrina A. McDaniel |
| aburke@burkelawllc.com | Georgia Bar No. 141301 |
| BURKE LAW OFFICES, LLC | petrina.mcdaniel@squirepb.com |
| 155 N. Michigan Ave., Suite 9020 | Keshia W. Lipscomb |
| Chicago, IL 60601 | Georgia Bar No. 802169 |
| Telephone: (312) 729-5288 | keshia.lipscomb@squirepb.com |
| Facsimile: (312) 729-5289 | SQUIRE PATTON BOGGS (US) LLP |
| | 1230 Peachtree Street NE, Suite 1700 |
| Anthony I. Paronich (*pro hac vice*) | Atlanta, GA 30309 |
| anthony@broderick-law.com | Telephone: (678) 272-3200 |
| BRODERICK & PARONICH, P.C. | Facsimile: (678) 272-3211 |
| 99 High St., Suite 304 | |
| Boston, MA 02110 | *Attorneys for Defendant Mutual of* |
| Telephone: (508) 221-1510 | *Omaha Insurance Company* |
| Facsimile: (617) 830-0327 | |
| | |
| Matthew P. McCue (*pro hac vice*) | |
| mmccue@massattorneys.net | |
| LAW OFFICE OF MATTHEW P. MCCUE | /s/Matthew N. Foree |
| 1 South Ave., 3rd Floor | Benton J. Mathis, Jr. |
| Natick, MA 01760 | Georgia Bar No. 477019 |
| Telephone: (508) 655-1415 | bmathis@fmglaw.com |
| Facsimile: (508) 319-3077 | John H. Goselin, II |
| | Georgia Bar No. 302917 |
| Steven H. Koval | jgoselin@fmglaw.com |
| Georgia Bar No. | Matthew N. Foree |
| shkoval@aol.com | Georgia Bar No. 268702 |
| THE KOVAL FIRM, LLC | mforee@fmglaw.com |
| 3575 Piedmont Road | FREEMAN MATHIS & GARY, LLP |
| Building 15, Suite 120 | 100 Galleria Parkway, Suite 1600 |
| Atlanta, GA 30305 | Atlanta, GA 30339 |
| Telephone: (404) 350-5900 | Telephone: (770) 818-0000 |
| Facsimile: (404) 549-4654 | Facsimile: (770) 937-9960 |
| | |
| *Attorneys for Plaintiff Ken Johansen* | *Attorneys for Defendant* |
| | *AmeriQuote, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    /s/Matthew N. Foree
Benton J. Mathis, Jr.
Georgia Bar No. 477019
bmathis@fmglaw.com
John H. Goselin, II
Georgia Bar No. 302917
jgoselin@fmglaw.com
Matthew N. Foree
Georgia Bar No. 268702
mforee@fmglaw.com
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

*Attorneys for Defendant AmeriQuote, Inc.*