# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KEN JOHANSEN, on behalf of himself and others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | **CIVIL ACTION FILE** |
| ) | **NO. 1:16-cv-04108-MLB** |
| **v.** ) ) | |
| **MUTUAL OF OMAHA INSURANCE COMPANY, AMERIQUOTE, INC.,** ) ) ) | |
| **Defendants.** ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through the undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Each party shall bear its own attorneys' fees and costs. None of the rights of any putative class members other than the plaintiffs has been released or are otherwise affected by this dismissal.

Respectfully submitted this 30th day of November, 2018.

*<Signatures contained on following page.>*

| | |
|---|---|
| /s/Anthony I. Paronich | /s/Keshia W. Lipscomb |
| Alexander H. Burke (*pro hac vice*) | Petrina A. McDaniel |
| aburke@burkelawllc.com | Georgia Bar No. 141301 |
| BURKE LAW OFFICES, LLC | petrina.mcdaniel@squirepb.com |
| 155 N. Michigan Ave., Suite 9020 | Keshia W. Lipscomb |
| Chicago, IL 60601 | Georgia Bar No. 802169 |
| Telephone: (312) 729-5288 | keshia.lipscomb@squirepb.com |
| Facsimile: (312) 729-5289 | SQUIRE PATTON BOGGS (US) LLP |
| | 1230 Peachtree Street NE, Suite 1700 |
| Anthony I. Paronich (*pro hac vice*) | Atlanta, GA 30309 |
| anthony@broderick-law.com | Telephone: (678) 272-3200 |
| BRODERICK & PARONICH, P.C. | Facsimile: (678) 272-3211 |
| 99 High St., Suite 304 | |
| Boston, MA 02110 | *Attorneys for Defendant Mutual of* |
| Telephone: (508) 221-1510 | *Omaha Insurance Company* |
| Facsimile: (617) 830-0327 | |
| | |
| Matthew P. McCue (*pro hac vice*) | /s/ Matthew N. Foree |
| mmccue@massattorneys.net | Benton J. Mathis, Jr. |
| LAW OFFICE OF MATTHEW P. MCCUE | Georgia Bar No. 477019 |
| 1 South Ave., 3rd Floor | bmathis@fmglaw.com |
| Natick, MA 01760 | John H. Goselin, II |
| Telephone: (508) 655-1415 | Georgia Bar No. 302917 |
| Facsimile: (508) 319-3077 | jgoselin@fmglaw.com |
| | Matthew N. Foree |
| Steven H. Koval | Georgia Bar No. 268702 |
| Georgia Bar No. | mforee@fmglaw.com |
| shkoval@aol.com | FREEMAN MATHIS & GARY, LLP |
| THE KOVAL FIRM, LLC | 100 Galleria Parkway, Suite 1600 |
| 3575 Piedmont Road | Atlanta, GA 30339 |
| Building 15, Suite 120 | Telephone: (770) 818-0000 |
| Atlanta, GA 30305 | Facsimile: (770) 937-9960 |
| Telephone: (404) 350-5900 | |
| Facsimile: (404) 549-4654 | *Attorneys for Defendant* |
| | *AmeriQuote, Inc.* |
| *Attorneys for Plaintiff Ken Johansen* | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    /s/ Matthew N. Foree
Benton J. Mathis, Jr.
Georgia Bar No. 477019
bmathis@fmglaw.com
John H. Goselin, II
Georgia Bar No. 302917
jgoselin@fmglaw.com
Matthew N. Foree
Georgia Bar No. 268702
mforee@fmglaw.com
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

*Attorneys for Defendant
AmeriQuote, Inc.*